IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL WARNER,

        Plaintiff,                    No. CIV S-09-1568 EFB P

        vs.

MATTHEW L. CATE, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 16, 2010, the court directed plaintiff to submit eight copies of the October 18, 2010 endorsed amended complaint for the U.S. Marshal to serve defendants. Plaintiff submitted only five copies. He has failed to comply with the order.

        It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the November 16, 2010 order, or to submit three copies of his October 18, 2010 amended complaint. Failure to comply with this order will result in a

////

////

////

////

1

recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the October 18, 2010 pleading.

DATED: December 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL WARNER,

        Plaintiff,                     No. CIV S-09-1568 EFB P

    vs.

MATTHEW L. CATE, et al.,

        Defendants.          <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed forms USM-285

        __3__ copies of the <u>October 18, 2010</u>
                            First Amended Complaint

Dated:

                                                        _____
                                                              Plaintiff