IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL WARNER,

    Plaintiff,      No. CIV S-09-1568 KJM EFB P

  vs.

MATTHEW L. CATE, et al.,

    Defendants.      <u>ORDER</u>

_____/

       On June 2, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 17, 2011, denying plaintiff's motion for appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 17, 2011, is affirmed.

DATED: July 27, 2011.

_____
UNITED STATES DISTRICT JUDGE